# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRIANA ASHTON, | ) | NO. ED CV 09-0475 JST (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DAWN DAVISON, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed as moot.

DATED: October 3, 2012.

_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE